FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2022

No. 04-21-00345-CR

**EX PARTE VANESSA MARIE VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

On February 2, 2022, appellant filed a letter indicating it is her understanding that her reply brief is due February 10, 2022. On February 8, 2022, appellant filed a motion for extension of time, requesting permission to file her reply brief by February 14, 2022. Texas Rule of Appellate Procedure 38.6 provides that a reply brief must be filed within 20 days after the date the State's brief is filed. TEX. R. APP. P. 38.6. Here, the State's brief was filed on January 31, 2022, making the reply brief not due until February 21, 2022. We therefore **deem** appellant's motion prematurely filed. If appellant chooses to file a reply brief, her reply brief is due by February 21, 2022.

It is so **ORDERED** February 10, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT